Cathy L. Arias, CASB# 141989
Andrew R. Shalauta, CASB# 186821
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: carias@burnhambrown.com
ashalauta@burnhambrown.com

Attorneys for Defendant
SYED HUSSAIN

Paul L. Rein, CASB# 43053
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, California 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787
Email: reinlawoffice@aol.com

Attorneys for Plaintiff
PETER MENDOZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>MCDONALD'S CORPRATION; MICHAEL D. MAGRUDER; SYED HUSSAIN; and DOES 1-10, Inclusive,<br><br>    Defendants. | No. C09-04122<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE AN ANSWER**<br><br>**Complaint filed: September 4, 2009** |

///

///

---

1
STIPULATION TO EXTEND DEADLINE TO FILE AN ANSWER      No. C09-04122

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Syed Hussain and Plaintiff Peter Mendoza, through their counsel of record, HEREBY STIPULATE and agree to extend Defendant Syed Hussain's deadline to file an Answer to November 13, 2009.

DATED: November 6, 2009

LAW OFFICES OF PAUL L. REIN

_____
Paul L. Rein
Attorneys for Plaintiff PETER MENDOZA

DATED: November 4, 2009

BURNHAM BROWN

_____
Andrew Shalauta
Attorneys for Defendant SYED HUSSAIN

IT IS SO ORDERED:

DATE: 11/18/09

_____
~~MAGISTRATE~~ JUDGE
DISTRICT

975130