Cathy L. Arias, CASB# 141989
Andrew R. Shalauta, CASB# 186821
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: carias@burnhambrown.com
ashalauta@burnhambrown.com

Attorneys for Defendant
SYED ALI HUSAIN (INCORRECTLY SUED AS SYED HUSSAIN)


Paul L. Rein, CASB# 43053
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, California 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787
Email: reinlawoffice@aol.com

Attorneys for Plaintiff
PETER MENDOZA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MENDOZA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MCDONALD'S CORPRATION; MICHAEL D. MAGRUDER; SYED HUSSAIN; and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | No. C09-04122<br><br>**STIPULATION TO EXTEND DEADLINE FOR JOINT INSPECTION UNDER GENERAL ORDER NO. 56**<br><br>**Complaint filed: September 4, 2009** |

///

///

Plaintiff Peter Mendoza and Defendants Syed Ali Husain and McDonald's Corporation, through their attorneys of record, HEREBY STIPULATE and agree to extend the deadline for the Joint Inspection required under General Order No. 56, from December 14, 2009 to January 31, 2010. The parties need additional time to coordinate a joint inspection due to scheduling conflicts for attorneys, parties, and, consultants or experts. The parties are working together to arrange a mutually-available date and time in January 2010, pending court approval of this stipulation.

DATED: December 9, 2009        LAW OFFICES OF PAUL L. REIN

                               /s/Celia McGuinness
                               Celia McGuinness
                               Attorneys for Plaintiff PETER MENDOZA

DATED: December 9, 2009        BURNHAM BROWN

                               Andrew Shalauta
                               Attorneys for Defendant SYED ALI HUSAIN

DATED: December 9, 2009        GIBSON, DUNN & CRUTCHER


                               /s/ Benjamin M. Glickman
                               Benjamin M. Glickman
                               Attorneys for Defendant MCDONALD'S
                               CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATE:  12/21/09

                               UNITED STATES DISTRICT JUDGE

980382

2
STIPULATION TO EXTEND DEADLINE FOR JOINT INSPECTION                    No. C09-04122
UNDER GENERAL ORDER NO. 56