1  PAUL L. REIN, Esq. (SBN 43053)
2  CELIA MCGUINNESS (SBN 159420)
   CATHERINE M. CABALO (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA 94612
4  Telephone: 510/832-5001
   Facsimile: 510/832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiffs
   PETER MENDOZA
7

8  BENJAMIN M. GLICKMAN, (SBN 247907)
   GIBSON, DUNN & CRUTCHER, LLP
9  1881 Page Mill Road
   Palo Alto, CA 94304
10 Telephone: 650/849-5300
   Facsimile: 650/849-5333
11 Bglickman@gibsondunn.com

12 Attorneys for Defendant
   MCDONALD'S CORPORATION
13

14 ANDREW SHALAUTA (SBN 141989)
   BURNHAM BROWN
   A Professional Law Corporation
15 1901 Harrison Street, 11th Floor
   Oakland CA 94612
16 Telephone: 510/444-6800
   Facsimile: 510/835-6666
17 ashalauta@burnhambrown.com

18 Attorneys for Defendant:
   SYED ALI HUSAIN
19

20        IN THE UNITED STATES DISTRICT COURT
        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
21

22 PETER MENDOZA,                        CASE NO. C09-04122 CW
                                         Civil Rights
23      Plaintiff,

24 v.                                    **STIPULATION AND ORDER
                                         EXTENDING DEADLINE TO
25                                       COMPLETE GENERAL ORDER
   MCDONALD'S CORPORATION;               56 SITE INSPECTION**
26 MICHAEL D. MAGRUDER; SYED
   HUSSAIN; and DOES 1-10, Inclusive,
27
        Defendants.
28 _____/

LAW OFFICES OF
**PAUL L. REIN**
**200 LAKESIDE DR., SUITE A**
**OAKLAND, CA 94612-3503**
**(510) 832-5001**

STIPULATION AND [PROPOSED] ORDER EXTENDING
GENERAL ORDER 56 SITE INSPECTION DEADLINE
CASE NO. C09-04122 CW

– 1 –

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\Stip to Extend Site Inspect date.wpd

1    Plaintiff PETER MENDOZA and defendants MCDONALD'S

2    CORPORATION and SYED ALI HUSAIN hereby jointly stipulate and request

3    through their attorneys of record that the Court continue the deadline to complete

4    the General Order 56 site inspection from January 21, 2010 to February 28, 2010.

5              Good cause exists for the extension:

6    1.    Although the parties have been proceeding in good faith and in a diligent

7          manner, it has not been possible to coordinate all the necessary schedules

8          among the attorneys, access consultants, and personnel at the subject

9          premises to complete a site inspection.

10   2.    January 21, 2010 is the current General Order 56 deadline to complete the

11         inspection.  Although the parties had set January 19, 2010 for the required

12         site inspection, a subsequent Court Order in a different case requires

13         appearance by plaintiff's counsel, making it impossible to proceed with the

14         inspection on that date.

15   3.    The parties therefore jointly request an extension of the January 21, 2010

16         deadline to February 28, 2010, by which to conduct the required General

17         Order 56 inspection.

18              Respectfully Submitted,

19   Dated: January 13, 2010          LAW OFFICES OF PAUL L. REIN

20

21

22         ___/s/ Paul L. Rein_____
           By PAUL L. REIN
23         Attorneys for Plaintiff
           PETER MENDOZA
24

25

26

27   //

28   //

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER EXTENDING
GENERAL ORDER 56 SITE INSPECTION DEADLINE
CASE NO. C09-04122 CW

– 2 –

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\Stip to Extend Site Inspect date.wpd

1   Dated: January 13, 2010      GIBSON, DUNN & CRUTCHER, LLP

2

3

4                                 /s/ Benjamin M. Glickman

By BENJAMIN M. GLICKMAN
5                           Attorneys for Defendant

                                  MCDONALD'S CORPORATION
6

7

8   Dated: January 13, 2010           BURNHAM BROWN

                                  A Professional Law Corporation
9

10

11                             /s/ Andrew Shalauta

By ANDREW SHALAUTA
12                           Attorneys for Defendant

                                  SYED ALI HUSAIN
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**PAUL L. REIN**
**200 LAKESIDE DR., SUITE A**
**OAKLAND, CA 94612-3503**
**(510) 832-5001**

STIPULATION AND [PROPOSED] ORDER EXTENDING
GENERAL ORDER 56 SITE INSPECTION DEADLINE
CASE NO. C09-04122 CW

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\Stip to Extend Site Inspect date.wpd

## ORDER

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the parties may have through February 28, 2010 in order to conduct a site inspection in this case.

Dated: _1/22/10_____

HON. CLAUDIA WILKEN
U.S. DISTRICT JUDGE

LAW OFFICES OF
**PAUL L. REIN**
**200 LAKESIDE DR., SUITE A**
**OAKLAND, CA 94612-3503**
**(510) 832-5001**

STIPULATION AND [PROPOSED] ORDER EXTENDING
GENERAL ORDER 56 SITE INSPECTION DEADLINE
CASE NO. C09-04122 CW

- 4 -

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\Stip to Extend Site Inspect date.wpd