PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS (SBN 159420)
CATHERINE M. CABALO (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiffs
PETER MENDOZA

BENJAMIN M. GLICKMAN, (SBN 247907)
GIBSON, DUNN & CRUTCHER, LLP
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: 650/849-5300
Facsimile: 650/849-5333
Bglickman@gibsondunn.com

Attorneys for Defendant
MCDONALD'S CORPORATION

ANDREW SHALAUTA (SBN 141989)
BURNHAM BROWN
A Professional Law Corporation
1901 Harrison Street, 11th Floor
Oakland CA 94612
Telephone: 510/444-6800
Facsimile: 510/835-6666
ashalauta@burnhambrown.com

Attorneys for Defendant:
SYED ALI HUSAIN

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>MCDONALD'S CORPORATION;<br>MICHAEL D. MAGRUDER; SYED<br>HUSSAIN; and DOES 1-10, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C09-04122 CW<br>Civil Rights<br><br>**STIPULATION AND ORDER REQUESTING APPOINTMENT OF MEDIATOR** |

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER REQUESTING
APPOINTMENT OF MEDIATOR
CASE NO. C09-04122 CW    C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\20100823 STIPULATED ORDER TO REAPPOINT MEDIATOR (FINAL)_mtd.wpd

- 1 -

## STIPULATION

Plaintiff PETER MENDOZA and defendants MCDONALD'S CORPORATION and SYED ALI HUSAIN hereby jointly stipulate and request through their attorneys of record that the Court reappoint Daniel Bowling of the USDC ADR Program as the mediator in this case.

On May 13, 2010, Plaintiff PETER MENDOZA sent defendants MCDONALD'S CORPORATION AND SYED ALI HUSAIN a draft Consent Decree describing Plaintiff's demand for injunctive relief.

On May 27, 2010 all counsel and appointed mediator at the time Daniel Bowling teleconferenced to discuss mediation and settlement efforts in this case. During the teleconference, counsel agreed to meet and confer to discuss Plaintiff's demand for injunctive relief. Defense counsel also agreed to respond in writing to Plaintiff's draft Consent Decree in advance of meeting and conferring.

On June 29, 2010 the Court entered its Order Vacating Notice and Appointment of Mediator (Docket No. 23).

On August 3, 2010, Defendant Syed Ali Husain responded to Plaintiff's expert report and forwarded the parties his proposal for injunctive relief. On August 16, 2010, Plaintiff forwarded all parties his response to Defendant Husain's injunctive relief proposal. On August 18, 2010, counsel for all parties telephonically met and conferred to discuss continued negotiations regarding resolving injunctive relief.

The parties hereby request that the Court reappoint Daniel Bowling as the mediator in this case.

IT IS SO STIPULATED.

//

//

//

Respectfully Submitted,

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER REQUESTING
APPOINTMENT OF MEDIATOR
CASE NO. C09-04122 CW    - 2 -    C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\20100823 STIPULATED ORDER TO REAPPOINT MEDIATOR (FINAL)_mtd.wpd

| | | |
|---|---|---|
| 1 | Dated: August 23, 2010 | LAW OFFICES OF PAUL L. REIN |
| 2 | | |
| 3 | |    /s/ Catherine M. Cabalo<br>By CATHERINE M. CABALO<br>Attorneys for Plaintiff |
| 4 | | PETER MENDOZA |

 

Dated: August 23, 2010          GIBSON, DUNN & CRUTCHER, LLP

   /s/ Benjamin M. Glickman
By BENJAMIN M. GLICKMAN
Attorneys for Defendant
MCDONALD'S CORPORATION

Dated: August 23, 2010          BURNHAM BROWN
A Professional Law Corporation

   /s/ Andrew Shalauta
By ANDREW SHALAUTA
Attorneys for Defendant
SYED ALI HUSAIN

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [~~PROPOSED~~] ORDER REQUESTING
APPOINTMENT OF MEDIATOR
CASE NO. C09-04122 CW

- 3 -

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\20100823 STIPULATED ORDER TO REAPPOINT MEDIATOR (FINAL)_mtd.wpd

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

# ORDER

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that Daniel Bowling of the USDC ADR Program is reappointed as the mediator in this case.

Dated: 8/26/2010

*[signature: Claudia Wilken]*
HON. CLAUDIA A. WILKEN
U.S. DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER REQUESTING
APPOINTMENT OF MEDIATOR
CASE NO. C09-04122 CW

- 4 -

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\20100823 STIPULATED ORDER TO REAPPOINT MEDIATOR (FINAL)_mtd.wpd