PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:   510/832-5001
Facsimile:    510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
PETER MENDOZA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>MCDONALD'S CORPORATION; MICHAEL D. MAGRUDER; SYED HUSSAIN; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case  No. C09-04122 CW<br><br>Civil Rights<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56, PURSUANT TO LOCAL RULE 7-11** |

Plaintiff's motion for administrative relief from General Order 56 is hereby DENIED, without prejudice to refiling when the mediator in fact certifies that the ADR process is complete.

**IT IS SO ORDERED**.

Dated: __March 16__, 2011

_____
Honorable CLAUDIA WILKEN
United States District Judge

**DENYING**
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56
CASE C09-04122 CW

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\09-4122.3.16.11.wpd

1

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001